No. A–202 (74–312). SWOAP, DIRECTOR, DEPARTMENT OF BENEFIT PAYMENTS, ET AL. v. WAITS ET AL. Sup. Ct. Cal. Application to stay enforcement of injunction of Superior Court of California, County of Sacramento, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–255. ALERS v. TOLEDO ET AL. C. A. 1st Cir. Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–256 (74–456). HILL, ATTORNEY GENERAL OF TEXAS, ET AL. v. PRINTING INDUSTRIES OF THE GULF COAST ET AL. Appeal from D. C. S. D. Tex. Motion of appellees to vacate stay entered by this Court on October 11, 1974 [ante, p. 805], denied.

No. A–274. ECONOMIC CONSULTANTS, INC., DBA E–C TAPE SERVICE, INC., ET AL. v. MERCURY RECORD PRODUCTIONS, INC., ET AL. Application for stay of mandate of Supreme Court of Wisconsin, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–284 (74–409). ROSE, WARDEN v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION, ET AL. Application to stay orders of Judge Robert M. McRae, entered August 22, 1974, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. A–334. HURST ET AL. v. UNITED STATES. C. A. 6th Cir. Application for order to have court-appointed counsel relieved and other relief, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.